UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

|  |  |
|---|---|
| In re: *<br>VICKIE QUICKLEY<br>9950 Oaklea Ct                                         *<br>Ellicott City, MD 21042<br>          Debtor(s),                                  * | CASE No:08-15865<br>Chapter 7 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Deutsche Bank National Trust Company,           \*
as indenture trustee, on behalf of the
holders of the Accredited Mortgage Loan         \*
Trust 2005-4 Asset Backed Notes
P. O. Box 65250                                                  \*
Salt Lake City, UT 84115
          Movant,                                                \*
   v.
VICKIE QUICKLEY                                           \*
9950 Oaklea Ct
Ellicott City, MD 21042                                   \*
          Debtor(s),
And                                                                   \*
ZVI GUTTMAN
P.O. Box 32308                                                 \*
Baltimore, MD 21282
          Chapter 7 Trustee.
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR RELIEF FROM STAY**

**NOTICE TO DEBTOR(s):  Failure to file a written response to this motion with the Clerk of the United States Bankruptcy Court and to send Plaintiff a copy within 17 days from the date of the certificate of service may result in entry of a default judgment.**

Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-4 Asset Backed Notes (hereinafter "the Bank") by it attorneys, Gerard William Wittstadt, Jr., and

**File No.:  MD-99000211-09**

MD-99000211-09

Morris|Hardwick|Schneider, LLC, respectfully moves this Honorable Court to terminate the Automatic Stay, and, as grounds therefore, states as follows:

1. This proceeding seeking relief under Section 362 (a) as to Debtor, of the U.S. Bankruptcy Code, is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2. That on April 28, 2008 the above-named Vickie Quickley, (hereinafter "Debtor") initiated proceedings in the Court seeking relief under Chapter 7 of the United States Bankruptcy Code.

3. That the Court appointed Zvi Guttman as Chapter 7 Trustee of the Estate of the Debtor, has duly qualified and is so acting.

4. On October 31, 2005, Vickie Quickley, Debtor executed a Adjustable Rate Note in the amount of Four Hundred Thousand and 00/100 Dollars ($400,000.00) plus interest at the rate of 10.12500% per annum, attorneys` fees, costs and late charges to be paid over thirty (30) years. A true and correct copy of the Note is available for inspection and copying and will be presented as evidence at any hearing as required.

5. To secure the repayment of the sums due under the Note, the Debtor executed a Deed of Trust dated October 31, 2005 encumbering the real property ("Property") more particularly described in a Deed of Trust which has the address of 9950 Oaklea Court, Ellicott City, Maryland 21042. A true and correct copy of the recorded Deed of Trust is available for inspection and copying and will be presented as evidence at any hearing as required.

6. Select Portfolio Servicing, Inc. is the present servicer of the Deed of Trust and Note.

7. The Debtor has failed to make post-petition payments due under the Note and is post-petition due for March 1, 2009 through May 1, 2009, in the amount of $4,336.93 each; June 1, 2009 through July 1, 2009 in the amount of $3,872.70 each; August 1, 2009 in the amount of $3,975.10 plus late fees for March 2009 through May 2009 in the amount of $171.52 each; June 2009 through August 2009 in the amount $167.75 each and is in default for payments of installments due under the Deed of Trust due to Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-4 Asset Backed Notes.

8. Debtor is in default under the Note, and there is a total debt of $422,290.36.

9. Debtor has not and cannot offer Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-4 Asset Backed Notes adequate protection of its interest in the Property, and Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-4 Asset Backed Notes avers that it is not adequately protected.

10. The Property is not necessary for an effective reorganization, since the Debtor has no equity in the Property as evidenced in the State Department of Taxation Report.

11. Cause exists to terminate the Automatic Stay.

**WHEREFORE,** the premises considered, Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-4 Asset Backed Notes respectfully requests that this

Court enter an Order terminating the Automatic Stay allowing Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-4 Asset Backed Notes to exercise its legal rights under applicable law as to the Property, including but limited to foreclosure against the property under the Deed of Trust, and for such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        /s/ Gerard Wittstadt
        Gerard Wittstadt   (Bar No. 023901)
        Deborah H. Hill  (Bar No. 28384)
        Morris|Hardwick|Schneider, LLC
        6 Nashua Court
        Suite B
        Baltimore, MD 21221
        Ph:   410-284-9600
        Fax:  410-282-1677
        gwittstadt@closingsource.net
        Attorney for Movant

File No.:  MD-99000211-09

MD-99000211-09

**Certification of Service**

      I HEREBY CERTIFY that copies of the foregoing Motion for Relief were mailed by first class mail, postage pre-paid (or electronically pursuant to Admin. Order 05-01), this 17th day of August, 2009, to the following parties:

Vickie Quickley
9950 Oaklea Ct
Ellicott City, MD 21042
Debtor(s)

Jeffrey M. Sirody
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208
Attorney for Debtor

Zvi Guttman
P.O. Box 32308
Baltimore, MD 21282
Chapter 7 Trustee

                                                                                    */s/ Gerard Wittstadt*
                                                                                    Gerard Wittstadt