UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore

| | |
|---|---|
| IN RE: | BCN#: 08-15865 |
| VICKIE M. QUICKLY<br>D/B/A ABUNDENT LIFE | |
| Debtor(s) | Chapter    7 |
| HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES<br>and its assignees and/or<br>successors in interest,<br>          Movant/Secured Creditor,<br>v.<br>VICKIE M. QUICKLY<br>D/B/A ABUNDENT LIFE<br>          Debtor(s) | |

PRAECIPE

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE6, ASSET BACKED PASS-THROUGH CERTIFICATES, a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

2. Counsel requests that the Motion for Order Granting Relief from Automatic Stay filed in this court on May 12, 2009, concerning the above mentioned Debtor be withdrawn.

By Counsel /s/ Kristine D. Brown
William M. Savage, Esquire, Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire, Federal I.D. Bar No. 14961
Michael A. Coogen, Jr., Esquire, Federal I.D. Bar No. 15105
SHAPIRO & BURSON, LLP, 13135 Lee Jackson Highway, #201
Fairfax, VA 22033
703-449-5800
ecf@logs.com          08-124996

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2009; I mailed copies of the Foregoing Praecipe by electronic or first class mail to:

1. VICKIE M. QUICKLY                                   Debtor(s)
   DBA ABUNDENT LIFE
   10031 GERMAN ROAD
   ELLICOTT CITY, MD 21042

2. JEFFREY M. SIRODY                                   Debtor's Attorney
   SIRODY, FREIMAN & FELDMAN
   1777 REISTERTOWN ROAD
   SUITE 360 E
   Baltimore, MD 21208

3. ZVI GUTTMAN                                         Trustee
   C/O THE LAW OFFICES OF ZVI GUTTMAN,
   P.A.
   PO BOX 32308
   BALTIMORE, MD 21282

/s/ Kristine D. Brown
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Michael A. Coogen, Jr., Esquire
Federal I.D. Bar No. 15105
SHAPIRO & BURSON, LLP
13135 Lee Jackson Highway, #201
Fairfax, VA 22033
703-449-5800
ecf@logs.com
08-124996